UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UMB BANK, N.A., :
:
                            Plaintiff, :       21-CV-4897 (JMF)
:
   -v- :
:
BRISTOL-MYERS SQUIBB COMPANY, :
:
                          Defendant. :
:
------------------------------------------------------------------------X
:
SM MERGER/ARBITRAGE, L.P. et al., :
:
                          Plaintiffs, :      21-CV-8255 (JMF)
:
   -v- :
:        ORDER
BRISTOL-MYERS SQUIBB COMPANY et al., :
:
                          Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has accepted *SM Merger/Arbitrage L.P. et al v. Bristol-Myers Squibb Company et al.*, No. 21-CV-8255, as related to *UMB Bank, N.A. v. Bristol-Myers Squibb Company*, No. 21-CV-4897.

       In the interests of judicial economy, counsel for the parties in both cases are directed to confer with one another and, no later than **November 2, 2021**, to submit a joint letter addressing the parties' positions on how the Court should proceed with the new case, including whether the cases should be consolidated, *see* Fed. R. Civ. P. 42; whether there is a need for a conference to discuss coordination of the two cases (or anything else); and anything else the parties think appropriately bears on the Court's management of the cases going forward.

Unless and until the Court orders otherwise, the motion deadlines in 21-CV-4897 (*see* Docket No. 19) remain in effect.  It is further ORDERED that the plaintiffs in 21-CV-8255 shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

SO ORDERED.

Dated: October 12, 2021
       New York, New York

                                              JESSE M. FURMAN
                                        United States District Judge