UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB Bank, N.A., solely in its capacity as Trustee under the Contingent Value Rights Agreement by and between Bristol-Myers Squibb Company and Equiniti Trust Company, dated November 20, 2019,<br><br>    Plaintiff,<br><br>  v.<br><br>Bristol-Myers Squibb Company,<br><br>    Defendant. | Case No. 1:21-cv-04897-JMF<br><br>**NOTICE OF APPEARANCE OF KEVIN G. WALSH** |

**PLEASE TAKE NOTICE** that the undersigned, an attorney admitted to practice before this Court, hereby appears as co-counsel along with DLA Piper LLP (US) for Plaintiff Bristol-Myers Squibb Company in the above-captioned action. Please serve copies of all papers in this matter upon the undersigned at the office and e-mail address listed below.

Dated: New York, New York
   January 26, 2023

s/ Kevin G. Walsh
Kevin G. Walsh
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Tel: (973) 596-4769
kwalsh@gibbonslaw.com

-and-

John J. Clarke, Jr., Esq.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
John.Clarke@dlapiper.com

Jessica Ann Masella, Esq.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Jessica.Masella@dlapiper.com

Jessica Park Wright, Esq.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Jessica.Wright@dlapiper.com

Steven Rosato, Esq.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Steven.Rosato@dlapiper.com