

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jessica A. Masella
jessica.masella@dlapiper.com
T   212.335.4829

November 2, 2023

*By ECF*

Hon. Jesse M. Furman
United States District Judge
United States District Court for the
 Southern District of New York
40 Centre Street
New York, New York 10007

      Re:   UMB Bank, N.A. v. Bristol-Myers Squibb Company, No. 21 Civ. 4897 (JMF)

Dear Judge Furman,

      We represent defendant Bristol-Myers Squibb Company ("BMS").  On Thursday, October 26, 2023, the parties appeared for a telephonic status conference with the Court, which the Court noted was being recorded in case a transcript was needed.  Because BMS believes that a transcript of that status conference should be prepared for the record in this case, we contacted the electronic transcript department of Southern District Reporters to request that a transcript be prepared.  The department informed us that BMS would need to first obtain a recording of the status conference from the Court.

      BMS respectfully submits that having a transcript of the status conference would assist the record by preserving the colloquy with the Court concerning BMS's standing defense.  We have contacted counsel for plaintiff UMB Bank, N.A., who have informed us that UMB does not oppose this request.

      For these reasons, we respectfully request that the Court release the recording of the telephonic hearing to the electronic transcript department of Southern District Reports, so that a transcript can be prepared for inclusion on the docket.

                                       Respectfully submitted,

                                       Jessica A. Masella

cc.:   Counsel of Record