

**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
**T** 212.335.4500
**F** 212.335.4501
**W** www.dlapiper.com


JOHN J. CLARKE, JR.
john.clarke@us.dlapiper.com
**T** 212.335.4920


November 9, 2023


*By ECF*

Hon. Jesse M. Furman
United States District Court for the
 Southern District of New York
40 Foley Square
New York, New York  10007

>        Re:    <u>UMB Bank, N.A. v. Bristol-Myers Squibb Company, No. 21 Civ. 4897 (JMF)</u>

Dear Judge Furman:

We represent defendant Bristol-Myers Squibb Company ("<u>BMS</u>").  Since the status conference on October 26, 2023, we have conferred with plaintiff UMB Bank, N.A. ("<u>UMB</u>") on a schedule for the submission of five-page letters addressing BMS's proposed motion for summary judgment based on the plaintiff's lack of standing.

Subject to the approval of the Court, the parties have agreed that BMS will file its letter by November 16, 2023, and UMB will file its letter by December 11, 2023.

>        Respectfully submitted,
>
>        /s/ John J. Clarke, Jr.
>
>        John J. Clarke, Jr.

cc.:    Counsel of record
        (*By ECF*)

Application GRANTED.  SO ORDERED.

November 9, 2023