**EXHIBIT 6**
**(Dec. 23, 2020 Email)**

**From:** Wilkinson, Gavin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=75ACF0B7E2EB43E590D4855725F39477-GXW006]
**Sent:** 12/24/2020 4:58:17 PM
**To:** Vitale, Tina [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=88b238bd647c40e1a4335dcad4fde451-tfv001]; Barbarosh, Craig A. [[redacted]@katten.com]; Crichlow, David A [[redacted]@katten.com]; Hor-Chen, Stephanie [[redacted]@katten.com]; Matt Halbower [redacted]@pwcm.com]; Stern, Brian S. [redacted]@katten.com]; Jon Einsidler [[redacted]@okapipartners.com]; Pat McHugh [[redacted]@okapipartners.com]
**Subject:** FW: Bristol-Myers Squibb CVRs
**Importance:** High

This just in from EQ. At Matt's excellent suggestion, I have not responded to Becker to date.

UMB has sent its first wave of email requests for primer broker confirmation letters. Jon and Pat, I copied you and will follow up with the list of holders I've contacted.

**Gavin Wilkinson** | Senior Vice President | Corporate Trust
Pronouns he/him/his

**UMB Bank** | 120 South Sixth Street, Suite 1400 | Minneapolis, MN 55402
[redacted] | [redacted]@umb.com | umb.com

Celebrating **75 years of commitment and service** to you in Corporate Trust and Escrow Agent Services

---

**From:** Becker, David <[redacted]@equiniti.com>
**Sent:** Thursday, December 24, 2020 10:43 AM
**To:** Wilkinson, Gavin <[redacted]@umb.com>
**Subject:** RE: Bristol-Myers Squibb CVRs
**Importance:** High

This is an EXTERNAL email. Do not open attachments or click on links unless you have confirmed the identity of the sender.
Gavin,

I was hoping I could get a responses to the email from yesterday, so we can move this forward.

Thank you,

David

**David L. Becker**
**Equiniti Trust Company**
**General Counsel**
**Chief Risk and Compliance Officer**
275 Madison Avenue, 34th Floor, NY, NY 10016
**M** [redacted] | **E** [redacted]@equiniti.com

www.equiniti.com

PLEASE NOTE NEW ADDRESS

---

**From:** Becker, David
**Sent:** Wednesday, December 23, 2020 11:52 AM
**To:** Wilkinson, Gavin <[REDACTED]@umb.com>
**Subject:** Bristol-Myers Squibb CVRs

Gavin,

We have received your letter of December 18, 2020, and the Instrument of Removal, Appointment and Acceptance dated as of December 9, 2020 (Instrument). In connection with that Instrument, pursuant to Section 4.10(c) of the Contingent Value Rights Agreement by and between Bristol-Myers Squibb Company and Equiniti Trust Company Dated as of November 20, 2019, please provide proof that the Holders who have joined the Instrument were Holders as of December 9, and that the number of CVRs owned by each of those Holders as of December 9 is accurately recorded on the Instrument. This will enable Equiniti Trust Company to confirm that a majority of the Holders have authorized the removal. Once that proof is provided, Equiniti Trust Company will work with UMB Bank, National Association and Bristol-Myers Squibb to effectuate an orderly transfer of Trustee responsibilities.

Please let me know if you have any questions.

Regards,

David

**David L. Becker**
**Equiniti Trust Company**
**General Counsel**
**Chief Risk and Compliance Officer**
275 Madison Avenue, 34th Floor, NY, NY 10016
**M** [REDACTED] | **E** [REDACTED]@equiniti.com




www.equiniti.com

PLEASE NOTE NEW ADDRESS