**E**XHIBIT **7**
**(Dec. 4, 2020 Email)**

| | |
|---|---|
| From: | Wilkinson, Gavin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=75ACF0B7E2EB43E590D4855725F39477-GXW006] |
| Sent: | 12/8/2020 10:03:15 PM |
| To: | Kim Rozman [████@hbk.com] |
| CC: | Isaac Haas [████@hbk.com]; Bob Hauschildt [████@hbk.com]; Nikos Panagiotopoulos [████@hbk.com] |
| Subject: | RE: BMY-R |

Kim, thank you very much for your comments. I agree that notice to the company is required and we will deliver that notice. However, the company is not a party to this instrument, so we will use the notice provisions in the CVR Agreement to provide notice to the company.

We would not include an acknowledgement from either the company or the prior trustee. That gives them leverage in the form of withholding a signature.

Ultimately, there may be a need to establish the bona fides of the holders beyond their certification. To keep momentum, we will allow holder to certify and sign. If the issuer or others require more, we'll let you know.

Best,

Gavin

**Gavin Wilkinson** | Senior Vice President | Corporate Trust
Pronouns he/him/his

**UMB Bank** | 120 South Sixth Street, Suite 1400 | Minneapolis, MN 55402
████ | ████@umb.com | umb.com

Celebrating **75 years of commitment and service** to you in Corporate Trust and Escrow Agent Services

---

**From:** Kim Rozman <████@hbk.com>
**Sent:** Friday, December 04, 2020 1:01 PM
**To:** Wilkinson, Gavin <████@umb.com>
**Cc:** Isaac Haas <████@hbk.com>; Bob Hauschildt <████@hbk.com>; Nikos Panagiotopoulos <████@hbk.com>
**Subject:** FW: BMY-R

This is an EXTERNAL email. Do not open attachments or click on links unless you have confirmed the identity of the sender.

Gavin, hope you are well. I am in-house counsel with HBK and just have the following comments:

I would include notice to the Company as appointment of successor trustee requires notice to the Company as well as Trustee.
Do you want to include acknowledgment of the Company and Retiring Trustee? Just a thought. Not necessary however
Are proof of holdings going to be required? The Retiring Trustee should request holdings proof supporting a majority. Holdings reports can be either a copy of the prime broker holding report or if the Trustee is picky they may want DTCC holder acknowledgements.

Thank you and please let us know if you have any questions or want to discuss.

---

**From:** Wilkinson, Gavin <████@umb.com>
**Sent:** Thursday, December 3, 2020 6:22 PM

**Cc:** Vitale, Tina <​@umb.com>; Zamora, Julius R. <​@umb.com>; Crichlow, David A <​@katten.com>; Barbarosh, Craig A. <​@katten.com>
**Subject:** BMY-R

To holders of Bristol-Myers Squibb CVRS,

We have been in communication with several of you over the last several days and have made good progress toward obtaining a majority of holders supporting the appointment of UMB as successor trustee.  If you have confirmed your support, thank you.  We are over 1/3 but do not yet have that majority so we encourage you, if you haven't already done so, to confirm your intention to support the transition as soon as possible.  We'll need your holdings to add to the count but will continue to keep that information in confidence.

I attach a DRAFT instrument of succession.  This is not yet final, but is submitted so you can begin vetting this document with your legal and compliance teams.

We are talking to a few solicitation agents in case we feel that is necessary to get us over the 50% hump.  We will keep you informed as that develops.

Thank you for your continued support of this effort.  Please don't hesitate to contact me if you have additional questions.

Gavin

**Gavin Wilkinson** | Senior Vice President | Corporate Trust
Pronouns he/him/his

**UMB Bank |** 120 South Sixth Street, Suite 1400 | Minneapolis, MN  55402
 | @umb.com | umb.com

Celebrating **75 years of commitment and service** to you in Corporate Trust and Escrow Agent Services

NOTICE: This electronic mail message and any attached files are confidential. The information is exclusively for the use of the individual or entity intended as the recipient. If you are not the intended recipient, any use, copying, printing, reviewing, retention, disclosure, distribution or forwarding of the message or any attached file is not authorized and is strictly prohibited. If you have received this electronic mail message in error, please advise the sender by reply electronic mail immediately and permanently delete the original transmission, any attachments and any copies of this message from your computer system. Thank you.

Highly Confidential

UMB00039302

UMB00039303