**E<small>XHIBIT</small> 8**
**(Dec. 31, 2020 Letter)**



December 31, 2020


**VIA MESSENGER DELIVERY**

Bristol-Myers Squibb Company
430 E. 29th Street, 14th Floor
New York, New York  10016
Attn:  Executive Vice President, General Counsel


Equiniti Trust Company
1110 Centre Pointe Curve, Suite 101
Mendota Heights, Minnesota  55120

Re:   **Requested Follow-up to Instrument of Removal, Appointment and Acceptance
      dated as of December 9, 2020**

Ladies and Gentlemen:

Reference is hereby made to (a) that certain Contingent Value Rights Agreement, dated as of
November 20, 2019 (the "CVR Agreement"), by and between Bristol-Myers Squibb Company
(the "Company") and Equiniti Trust Company (the "Retiring Trustee") and (b) the Instrument of
Removal, Appointment and Acceptance, dated as of December 9, 2020 (the "Succession
Instrument"), executed by Holders who in aggregate hold a majority of the Outstanding CVRs of
the Company.  Capitalized terms used but not defined in this letter have the meanings specified in
the CVR Agreement or the Succession Instrument.

On December 18, 2020 (the "Effective Date"), UMB Bank, National Association (the "Successor
Trustee") delivered the Succession Instrument to the Company and the Retiring Trustee.
Following the delivery of the Succession Instrument, the Retiring Trustee requested "proof" that
Holders who joined the Succession Instrument were Holders as of December 9, 2020 (the "Record
Date"), and that the number of CVRs held by each such Holder as set forth in such Holder's
signature page to the Succession Instrument was accurate.

Although such proof is not required under the CVR Agreement and the Successor Trustee's
appointment as successor Trustee is effective upon delivery of the Succession Instrument to the
Retiring Trustee and the Company, attached hereto as **Exhibit A** is evidence that (i) Holders of
not less than 50% of the principal amount of CVRs Outstanding as of the Record Date executed
the Succession Instrument and (ii) such Holders collectively held the majority of CVRs
Outstanding as of the Record Date.

In addition, attached hereto as (a) **Exhibit B** are additional signature pages from Holders who
executed the Succession Instrument after the Effective Date and (b) **Exhibit C** are signature pages

Confidential
UMB00020131



from Holders who executed the Succession Instrument as of the Effective Date, but subsequently delivered new signature pages to the Successor Trustee to reflect the actual number of CVRs held by such Holders as of the Record Date.

Again, thank you for your anticipated courtesies and attention to this matter. We look forward to a smooth transition.

Very truly yours,

UMB BANK, NATIONAL ASSOCIATION

Name: Gavin Wilkinson
Title: Senior Vice President

CC:   Bristol-Myers Squibb Company
      3551 Lawrenceville Rd.
      Princeton, New Jersey  08540
      Attn:  Senior Vice President and Deputy General Counsel, Transactional Practice Group

      Kirkland & Ellis LLP
      601 Lexington Avenue
      New York, New York  10022
      Attn:   David Fox, P.C.
              Daniel Wolf, P.C.
              Jonathan Davis, P.C.

[EXHIBITS OMITTED]