# EXHIBIT 9
**(Dec. 31, 2020 Email)**

Message

| | |
|---|---|
| **From:** | Severson, Andrea [███████@equiniti.com] |
| **Sent:** | 12/31/2020 8:47:28 PM |
| **To:** | Atkins, Lisa [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a151b378da5d47719831ce4cc088084e-Atkins, Lis]; Becker, David [███████@equiniti.com]; Le Gower, Donald [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=38a7286c978c45a3ae4def27b05856b9-Le Gower, D]; Pennings, Jamae [███████@equiniti.com] |
| **CC:** | Elsevier, Patrick [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9199e842b4ef47db86b40b595f1a21d3-Elsevier, J]; Kelly, Katherine [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d56bc5a290994cdf859321b71bf0c93a-Kelly, Kath] |
| **Subject:** | RE: Bristol-Myers CVRs |

[Use CAUTION when opening links/attachments]
HI Lisa,

Outstanding CVR's as of 12/30/2020 – 743,911,635.

Thanks,
Andrea

**Andrea Severson**
VP, Relationship Manager

EQ Shareowner Services | 1110 Centre Pointe Curve, Suite 101| Mendota Heights, MN 55120
T ███████ | M ███████ | E ███████@equiniti.com



Notice to Recipient: The information contained in this e-mail message, together with any attachments thereto, is intended only for the personal and confidential use of the addressee named above. The message and the attachments are or may be privileged or protected communication. If you are not the intended recipient of this message, or authorized to receive it for the intended recipient, you have received this message in error, and you are not to review, use, disseminate, distribute or copy this message, any attachments thereto, or their contents. If you have received this message in error, please immediately notify us by return e-mail message, and delete the original message. Thank you.

*Please forward this email to the backup contact listed in this out of office if any information contained in this email requires a notification to DTC pursuant to SEC regulation 40.17Ad-16 (SEC regulation 240.17Ad-16 requires transfer agents to notify the appropriate qualified registered securities depository on or before the later of 10 calendar days prior to the effective date of a change in status or the day the transfer agent is notified of the effective date of a change in status or the effectiveness of a corporate action event).*

---

**From:** Atkins, Lisa <███████@bms.com>
**Sent:** Thursday, December 31, 2020 2:19 PM
**To:** Becker, David <███████@equiniti.com>; Le Gower, Donald <███████@bms.com>; Pennings, Jamae <███████@equiniti.com>; Severson, Andrea <███████@equiniti.com>
**Cc:** Elsevier, Patrick <███████@bms.com>; Kelly, Katherine <███████@bms.com>
**Subject:** RE: Bristol-Myers CVRs

Hi David – we got a copy of the document and are reviewing. Can you or Andrea please remind us how many CVRs are outstanding?

Thanks,
Lisa

Highly Confidential
BMS CVR 15043148

**From:** Atkins, Lisa
**Sent:** Thursday, December 31, 2020 1:47 PM
**To:** Becker, David <█████@equiniti.com>; Le Gower, Donald <█████@bms.com>; Pennings, Jamae <█████@equiniti.com>
**Cc:** Elsevier, Patrick <█████@bms.com>; Kelly, Katherine <█████@bms.com>
**Subject:** RE: Bristol-Myers CVRs

Thanks, David. No worries – I am on my way to the NYO office to pick up our copy.

**From:** Becker, David <█████@equiniti.com>
**Sent:** Thursday, December 31, 2020 1:42 PM
**To:** Atkins, Lisa <█████@bms.com>; Le Gower, Donald <█████@bms.com>; Pennings, Jamae <█████@equiniti.com>
**Cc:** Elsevier, Patrick <█████@bms.com>; Kelly, Katherine <█████@bms.com>
**Subject:** Re: Bristol-Myers CVRs

[Use CAUTION when opening links/attachments]
They are all paper documents, which I had them deliver to my home. Unfortunately, from here I can't scan this quantity. They did tell me they are hand delivering a set to Bristol-Myers at the 29th Street address, attention Executive Vice President, General Counsel.

David

David L. Becker
Equiniti Trust Company
General Counsel
Chief Risk and Compliance Officer
275 Madison Avenue, 34th Floor, NY, NY 10016
M █████ | E █████@equiniti.com


PLEASE NOTE NEW ADDRESS

**From:** Atkins, Lisa <█████@bms.com>
**Sent:** Thursday, December 31, 2020 1:38:58 PM
**To:** Becker, David <█████@equiniti.com>; Le Gower, Donald <█████@bms.com>; Pennings, Jamae <█████@equiniti.com>
**Cc:** Elsevier, Patrick <█████@bms.com>; Kelly, Katherine <█████@bms.com>
**Subject:** RE: Bristol-Myers CVRs

Thanks, David. Is your office able to share a pdf of the documents?

I will allow my colleagues to comment as well, but we would look to EQ as current Trustee for final confirmation regarding the majority ownership needed to change the Trustee. If EQ is comfortable moving forward, we will provide our sign-off for distributing the notice to holders noting the change.

Thanks,
Lisa

**From:** Becker, David <█████@equiniti.com>
**Sent:** Thursday, December 31, 2020 1:33 PM
**To:** Atkins, Lisa <█████@bms.com>; Le Gower, Donald <█████@bms.com>; Pennings, Jamae

Highly Confidential                                                                                                                                BMS CVR 15043149

<■■■■■■■■@equiniti.com>
**Cc:** Elsevier, Patrick <■■■■■■■■@bms.com>; Kelly, Katherine <■■■■■■■■@bms.com>
**Subject:** Re: Bristol-Myers CVRs

[Use CAUTION when opening links/attachments]
I just received it. Exhibit A are brokerage statements documenting holdings. They appear to confirm ownership of a majority of CVRs by parties who signed the Instrument of Removal.

Please let me know how you want to proceed from here.

Thanks,

David

David L. Becker
Equiniti Trust Company
General Counsel
Chief Risk and Compliance Officer
275 Madison Avenue, 34th Floor, NY, NY 10016
M■■■■■■■ | E ■■■■■■■@equiniti.com


PLEASE NOTE NEW ADDRESS

**From:** Atkins, Lisa <■■■■■■■@bms.com>
**Sent:** Thursday, December 31, 2020 12:31:57 PM
**To:** Becker, David <■■■■■■■@equiniti.com>; Le Gower, Donald <■■■■■■■@bms.com>; Pennings, Jamae <■■■■■■■@equiniti.com>
**Cc:** Elsevier, Patrick <■■■■■■■@bms.com>; Kelly, Katherine <■■■■■■■@bms.com>
**Subject:** RE: Bristol-Myers CVRs

Thanks David,

They shared these with us as well. Ostensibly, the relevant proof document, Exhibit A was too large to share so we will have to wait for the messenger delivery before we can review. Please let us know when you receive the Exhibit A and we will do same.

Thanks,
Lisa

**From:** Becker, David <■■■■■■■@equiniti.com>
**Sent:** Thursday, December 31, 2020 12:28 PM
**To:** Atkins, Lisa <■■■■■■■@bms.com>; Le Gower, Donald <■■■■■■■@bms.com>; Pennings, Jamae <■■■■■■■@equiniti.com>
**Subject:** Fwd: Bristol-Myers CVRs

[Use CAUTION when opening links/attachments]
FYI

David L. Becker
Equiniti Trust Company
General Counsel

Highly Confidential
BMS CVR 15043150

Chief Risk and Compliance Officer
275 Madison Avenue, 34th Floor, NY, NY 10016
M███████ | E███████@equiniti.com

PLEASE NOTE NEW ADDRESS

---

**From:** Wilkinson, Gavin <███████@umb.com>
**Sent:** Thursday, December 31, 2020 12:24:00 PM
**To:** Becker, David <███████@equiniti.com>
**Cc:** Vitale, Tina F. <███████@umb.com>; Hor-Chen, Stephanie <███████@katten.com>
**Subject:** RE: Bristol-Myers CVRs

David, due to the size of the main file, we are delivering by courier. The cover letter and other supporting information is attached.

**Gavin Wilkinson** | Senior Vice President | Corporate Trust
Pronouns he/him/his

**UMB Bank |** 120 South Sixth Street, Suite 1400 | Minneapolis, MN  55402
███████ | ███████@umb.com | umb.com

Celebrating **75 years of commitment and service** to you in Corporate Trust and Escrow Agent Services

---

**From:** Becker, David <███████@equiniti.com>
**Sent:** Thursday, December 31, 2020 10:54 AM
**To:** Wilkinson, Gavin <███████@umb.com>
**Cc:** Vitale, Tina F. <███████@umb.com>; Hor-Chen, Stephanie <███████@katten.com>
**Subject:** Re: Bristol-Myers CVRs

This is an EXTERNAL email. Do not open attachments or click on links unless you have confirmed the identity of the sender.
Gavin,

Is there any way to email it?

David

David L. Becker
Equiniti Trust Company
General Counsel
Chief Risk and Compliance Officer
275 Madison Avenue, 34th Floor, NY, NY 10016
M███████ | E███████@equiniti.com

PLEASE NOTE NEW ADDRESS

---

**From:** Wilkinson, Gavin <███████@umb.com>
**Sent:** Thursday, December 31, 2020 11:49:03 AM
**To:** Becker, David <███████@equiniti.com>
**Cc:** Vitale, Tina F. <███████@umb.com>; Hor-Chen, Stephanie <███████@katten.com>
**Subject:** RE: Bristol-Myers CVRs

Highly Confidential      BMS CVR 15043151

I think we're hand delivering your copy today.  The copy for the home office will be sent overnight.  We weren't able find a courier who could print and deliver today.

Have a great New Year.

Gavin

**Gavin Wilkinson** | Senior Vice President | Corporate Trust
Pronouns he/him/his

**UMB Bank |** 120 South Sixth Street, Suite 1400 | Minneapolis, MN  55402
▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇@umb.com | umb.com

Celebrating **75 years of commitment and service** to you in Corporate Trust and Escrow Agent Services

---

**From:** Becker, David <▇▇▇▇▇▇▇@equiniti.com>
**Sent:** Thursday, December 31, 2020 10:44 AM
**To:** Wilkinson, Gavin <▇▇▇▇▇▇▇@umb.com>
**Cc:** Vitale, Tina F. <▇▇▇▇▇▇▇@umb.com>; Hor-Chen, Stephanie <▇▇▇▇▇▇▇@katten.com>
**Subject:** RE: Bristol-Myers CVRs

This is an EXTERNAL email. Do not open attachments or click on links unless you have confirmed the identity of the sender.
That would be great. Thanks!

David L. Becker
Equiniti Trust Company
General Counsel
Chief Risk and Compliance Officer
275 Madison Avenue, 34th Floor, NY, NY 10016
M ▇▇▇▇▇▇▇ | E ▇▇▇▇▇▇▇@equiniti.com



www.equiniti.com

PLEASE NOTE NEW ADDRESS

**From:** Wilkinson, Gavin <▇▇▇▇▇▇▇@umb.com>
**Sent:** Thursday, December 31, 2020 10:58 AM
**To:** Becker, David <▇▇▇▇▇▇▇@equiniti.com>
**Cc:** Vitale, Tina F. <▇▇▇▇▇▇▇@umb.com>; Hor-Chen, Stephanie <▇▇▇▇▇▇▇@katten.com>
**Subject:** RE: Bristol-Myers CVRs

David,

We have compiled the information and will deliver it to your office and to Bristol Myers today.  Do you want us also to deliver a copy to the Mendota Heights office?

Gavin

**Gavin Wilkinson** | Senior Vice President | Corporate Trust

Pronouns he/him/his

**UMB Bank |** 120 South Sixth Street, Suite 1400 | Minneapolis, MN  55402
███████████ | ███████████@umb.com | umb.com

Celebrating **75 years of commitment and service** to you in Corporate Trust and Escrow Agent Services

---

**From:** Becker, David <███████████@equiniti.com>
**Sent:** Thursday, December 31, 2020 9:17 AM
**To:** Wilkinson, Gavin <███████████@umb.com>
**Subject:** RE: Bristol-Myers CVRs
**Importance:** High

This is an EXTERNAL email. Do not open attachments or click on links unless you have confirmed the identity of the sender.
Gavin,

Do you have the documentation verifying that a majority of the holders have approved the change in Trustee? We do want to move forward, but need this to do so.

Thank you,

David

**David L. Becker**
**Equiniti Trust Company**
General Counsel
Chief Risk and Compliance Officer
275 Madison Avenue, 34th Floor, NY, NY 10016
M ███████████ | E ███████████@equiniti.com



www.equiniti.com

PLEASE NOTE NEW ADDRESS

---

**From:** Becker, David
**Sent:** Monday, December 28, 2020 4:47 PM
**To:** Wilkinson, Gavin <███████████@umb.com>
**Subject:** Bristol-Myers CVRs

Gavin,

Thank you for speaking with me a little while ago. As we discussed, in order for the new Trustee to be put in place we need to be able to confirm that the Pentwater proposal has actually achieved 50% plus 1 approval as required. You have advised me that UMB is working with Okapi Partners to provide the documentation needed to confirm the approval.

Once we receive that confirmation, we will provide the notice to holders required.

Please keep me updated.

Highly Confidential                                                                                                                                          BMS CVR 15043153

Thank you,

David

**David L. Becker**
**Equiniti Trust Company**
**General Counsel**
**Chief Risk and Compliance Officer**
275 Madison Avenue, 34th Floor, NY, NY 10016
M ▮▮▮▮▮▮▮ | E ▮▮▮▮▮▮▮@equiniti.com



www.equiniti.com

PLEASE NOTE NEW ADDRESS

NOTICE: This electronic mail message and any attached files are confidential. The information is exclusively for the use of the individual or entity intended as the recipient. If you are not the intended recipient, any use, copying, printing, reviewing, retention, disclosure, distribution or forwarding of the message or any attached file is not authorized and is strictly prohibited. If you have received this electronic mail message in error, please advise the sender by reply electronic mail immediately and permanently delete the original transmission, any attachments and any copies of this message from your computer system. Thank you.
NOTICE: This electronic mail message and any attached files are confidential. The information is exclusively for the use of the individual or entity intended as the recipient. If you are not the intended recipient, any use, copying, printing, reviewing, retention, disclosure, distribution or forwarding of the message or any attached file is not authorized and is strictly prohibited. If you have received this electronic mail message in error, please advise the sender by reply electronic mail immediately and permanently delete the original transmission, any attachments and any copies of this message from your computer system. Thank you.
NOTICE: This electronic mail message and any attached files are confidential. The information is exclusively for the use of the individual or entity intended as the recipient. If you are not the intended recipient, any use, copying, printing, reviewing, retention, disclosure, distribution or forwarding of the message or any attached file is not authorized and is strictly prohibited. If you have received this electronic mail message in error, please advise the sender by reply electronic mail immediately and permanently delete the original transmission, any attachments and any copies of this message from your computer system. Thank you.

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.