# EXHIBIT 10
**(Notice to Holders)**

# NOTICE TO HOLDERS
# Bristol-Myers Squibb Contingent Value Rights Securities

Pursuant to the provisions of Sections 4.l0(c), 4.l0(e), and 4.l0(f) of the *Contingent Value Rights (CVRs) Agreement by and between Bristol-Myers Squibb Company and Equiniti Trust Company Dated as of November 20, 2019,* we are writing to provide notice that the holders of not less than 50% of the outstanding CVRs have removed the Trustee, Equiniti Trust Company, and appointed a successor Trustee, UMB Bank, National Association.

The address of the Corporate Trust Office of UMB Bank, National Association is:

UMB Bank, National Association
Attn: Gavin Wilkinson, Senior Vice President
120 South Sixth Street #1400
Minneapolis, MN 55402
Tel: ▮▮▮▮▮▮▮▮
Email: ▮▮▮▮▮▮▮▮▮▮@umb.com

Dated: January 4, 2021

Bristol-Myers Squibb Company, by

Name: Katherine R. Kelly

Title: Corporate Secretary

BMS CVR 15042562