UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, N.A., solely in its capacity as Trustee under the Contingent Value Rights Agreement by and between Bristol-Meyers Squibb Company and Equiniti Trust Company, dated November 20, 2019,<br><br>     Plaintiff,<br><br>v.<br><br>BRISTOL-MEYERS SQUIBB COMPANY,<br><br>     Defendant. | Case No. 1:21-cv-04897-JMF |

## NOTICE OF CHANGE OF FIRM NAME

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

  PLEASE TAKE NOTICE that the law firm of Selendy Gay Elsberg PLLC has changed its name to Selendy Gay PLLC, effective immediately. The office address, telephone and facsimile numbers, and e-mail addresses remain the same. Please update your records to reflect this change.

Executed on: February 7, 2024
      New York, New York

                By: _/s/ Joshua S. Margolin_
                Maria Ginzburg
                Joshua S. Margolin
                SELENDY GAY PLLC
                1290 Avenue of the Americas
                New York, NY  10104
                Tel: 212-390-9000
                mginzburg@selendygay.com
                jmargolin@selendygay.com