AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UMB Bank, N.A. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21 Civ. 4897 (JMF) |
| Bristol-Myers Squibb Company | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-party Okapi Partners LLC.

Date: 04/11/2024

/s/ Joshua A. Naftalis
*Attorney's signature*

Joshua A. Naftalis
*Printed name and bar number*

Pallas Partners (US) LLP
75 Rockefeller Plaza
New York, New York 10019
*Address*

joshua.naftalis@pallasllp.com
*E-mail address*

(212) 970-2303
*Telephone number*

(212) 970-2315
*FAX number*