UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, N.A., solely in its capacity as Trustee under the Contingent Value Rights Agreement by and between Bristol-Myers Squibb Company and Equiniti Trust Company, dated November 20, 2019,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>　　　　　　　　Defendant. | Case No. 21-cv-04897 (JMF)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

　　　　Please withdraw the appearances of David Elsberg, Michael Duke, Nicholas C. Martin, and Vivek V. Tata as counsel for Plaintiff in the above-captioned matter. Mr. Elsberg, Mr. Duke, Mr. Martin, and Mr. Tata are no longer associated with Selendy Gay PLLC. Plaintiff will continue to be represented by Selendy Gay PLLC in this matter.

Date:  May 23, 2024

　　　　　　　　　　　　　　　　　　　　/s/ *Maria Ginzburg*
　　　　　　　　　　　　　　　　　　　　Philippe Z. Selendy
　　　　　　　　　　　　　　　　　　　　Maria Ginzburg
　　　　　　　　　　　　　　　　　　　　Sean P. Baldwin
　　　　　　　　　　　　　　　　　　　　Joshua S. Margolin
　　　　　　　　　　　　　　　　　　　　SELENDY GAY PLLC
　　　　　　　　　　　　　　　　　　　　1290 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY  10104
　　　　　　　　　　　　　　　　　　　　Tel: 212-390-9000
　　　　　　　　　　　　　　　　　　　　pselendy@selendygay.com
　　　　　　　　　　　　　　　　　　　　mginzburg@selendygay.com
　　　　　　　　　　　　　　　　　　　　sbaldwin@selendygay.com
　　　　　　　　　　　　　　　　　　　　jmargolin@selendygay.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff UMB Bank, NA., solely in its capacity as Trustee*