UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, N.A., solely in its capacity as Trustee under the Contingent Value Rights Agreement by and between Bristol-Myers Squibb Company and Equiniti Trust Company, dated November 20, 2019,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>Defendant. | Case No. 21-cv-04897-JMF<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Alexandra Butler of Selendy Gay PLLC, with offices located at 1290 Avenue of the Americas, 17th Floor, New York, New York, hereby appears on behalf of Plaintiff UMB Bank, N.A., in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, NY
May 23, 2024

SELENDY GAY PLLC

By: /s/ *Alexandra Butler*
Alexandra Butler
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
abutler@selendygay.com

*Attorney for UMB Bank, N.A., solely in its capacity as Trustee*