UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, N.A., solely in its capacity as Trustee under the Contingent Value Rights Agreement by and between Bristol-Myers Squibb Company and Equiniti Trust Company, dated November 20, 2019,<br><br>     Plaintiff,<br><br>  v.<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>     Defendant. | Case No. 21-cv-04897 (JMF)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

  Please withdraw the appearances of David Elsberg, Michael Duke, Nicholas C. Martin, and Vivek V. Tata as counsel for Plaintiff in the above-captioned matter. Mr. Elsberg, Mr. Duke, Mr. Martin, and Mr. Tata are no longer associated with Selendy Gay PLLC. Plaintiff will continue to be represented by Selendy Gay PLLC in this matter.

Date:  May 23, 2024

/s/ *Maria Ginzburg*
Philippe Z. Selendy
Maria Ginzburg
Sean P. Baldwin
Joshua S. Margolin
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
pselendy@selendygay.com
mginzburg@selendygay.com
sbaldwin@selendygay.com
jmargolin@selendygay.com

*Attorneys for Plaintiff UMB Bank, NA., solely in its capacity as Trustee*

Application GRANTED.  The Clerk of Court is directed to terminate David Elsberg, Michael Duke, Nicholas C. Martin, and Vivek V. Tata as counsel of record for Plaintiff.

SO ORDERED.

May 24, 2024