Selendy Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Maria Ginzburg
Partner
212.390.9006
mginzburg@selendygay.com

July 25, 2024

**Via ECF**

Hon. Jesse M. Furman
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   UMB Bank, N.A. v. Bristol-Myers Squibb Company, No. 21 Civ. 4897 JMF

Dear Judge Furman,

    We write on behalf of Plaintiff UMB Bank, N.A. ("UMB"), solely in its capacity as Trustee under the Contingent Value Rights Agreement. Pursuant to the scheduling order issued July 19, 2024, ECF No. 142, UMB respectfully requests a rescheduling of oral argument. Plaintiff's counsel is unavailable to appear for oral argument on August 13, 2024, the date set by the Court in its July 19 order. Plaintiff has met and conferred with Defendant on this issue and proposes the following mutually available dates for conducting oral argument: August 15, August 19, or August 22.

Respectfully submitted,

Maria Ginzburg
Partner