Selendy Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Selendy|Gay

Maria Ginzburg
Partner
212.390.9006
mginzburg@selendygay.com

August 16, 2024

**Via ECF**

Hon. Jesse M. Furman
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   UMB Bank, N.A. v. Bristol-Myers Squibb Company, No. 21 Civ. 4897 JMF

Dear Judge Furman,

      We write on behalf of Plaintiff UMB Bank, N.A. ("UMB"), solely in its capacity as Trustee under the Contingent Value Rights Agreement. Pursuant to the order issued August 14, 2024, ECF No. 151, UMB respectfully, and with condolences, requests a re-scheduling of oral argument. Plaintiff's counsel is unavailable to appear for oral argument on August 29, 2024, the date set by the Court in its August 14 order. Plaintiff has met and conferred with Defendant on this issue and proposes the following mutually available dates within the Court's preferred window for conducting the oral argument: September 5 and September 6. If the Court's schedule cannot accommodate either of those dates, the parties are also available on August 22, September 9, and September 10.

Respectfully submitted,

Maria Ginzburg
Partner