UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, N.A., solely in its capacity as Trustee under the Contingent Value Rights Agreement by and between Bristol-Myers Squibb Company and Equiniti Trust Company, dated November 20, 2019,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>Defendant. | Case No. 1:21-cv-04897 (JMF)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Please withdraw my appearance as counsel for Plaintiff in the above-captioned matter. As of August 30, 2024, I will no longer be associated with Selendy Gay PLLC. Plaintiff will continue to be represented by Selendy Gay PLLC.

Date: New York, New York
      August 30, 2024

/s/ *Garrett Gerber*
Garrett Gerber
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
ggerber@selendygay.com

*Attorney for Plaintiff UMB Bank, NA., solely in its capacity as Trustee*