Selendy Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Maria Ginzburg
Managing Partner
212.390.9006
mginzburg@selendygay.com

Selendy|Gay

> The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 161.
>
> SO ORDERED.
>
> *[signature]*
>
> September 11, 2024

September 10, 2024

**Via ECF**

Hon. Jesse M. Furman
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     UMB Bank, N.A. v. Bristol Myers Squibb Company, No. 21 Civ. 4897 JMF

Dear Judge Furman,

We write on behalf of Plaintiff UMB Bank, N.A. ("UMB"), solely in its capacity as Trustee under the Contingent Value Rights Agreement. UMB respectfully requests leave to file with redactions exhibits to my September 10, 2024 Declaration providing additional Reconfirmation evidence. The exhibits include information about the identity and holdings of CVR holders who are nonparties to this litigation. UMB's proposed redactions are narrowly tailored to protect personal and financial information of non-party CVR holders.

Consistent with the Court's May 15, 2024 Order, we respectfully request that the Court temporarily grant UMB's motion to redact and decide "whether and to what extent the documents at issue should be unsealed pending resolution of the underlying motion." ECF No. 138.

Respectfully submitted,

*[signature]*

Maria Ginzburg
Managing Partner