**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
UMB BANK, N.A.,

                     Plaintiff,

   -against-                                     21 **CIVIL** 4897 (JMF)

                                                               **JUDGMENT**

BRISTOL-MYERS SQUIBB COMPANY,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2024, BMS's motion to dismiss for lack of subject-matter jurisdiction must be and is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2024

                                                                    **DANIEL ORTIZ**
                                                                 **Acting Clerk of Court**

                                        **BY:**

                                                                 **Deputy Clerk**