UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, N.A., solely in its capacity as Trustee under the Contingent Value Rights Agreement by and between Bristol-Myers Squibb Company and Equiniti Trust Company, dated November 20, 2019,<br><br>    Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Defendant. | Case No. 21-cv-4897 (JMF)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that UMB Bank, N.A. ("UMB"), solely in its capacity as Trustee under the Contingent Value Rights Agreement by and between Bristol-Myers Squibb Company and Equiniti Trust Company, dated November 20, 2019, by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order Granting Defendant's Motion to Dismiss (ECF No. 167, the "Order"), signed and entered on September 30, 2024, and the Judgment (ECF No. 168, the "Judgment"), signed and entered on September 30, 2024, in the above-captioned action.

This appeal is taken from each and every part of the Order and Judgment, and from the Order and Judgment as a whole.

<table>
<tr><td>Dated: October 29, 2024</td><td>Respectfully submitted,<br><br>/s/ Philippe Z. Selendy<br>Philippe Z. Selendy<br>Maria Ginzburg<br>Sean P. Baldwin<br>Joshua S. Margolin<br>SELENDY GAY PLLC<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Tel: 212-390-9000<br>pselendy@selendygay.com<br>mginzburg@selendygay.com<br>sbaldwin@selendygay.com<br>jmargolin@selendygay.com<br><br>David A. Crichlow<br>Julia M. Winters<br>KATTEN MUCHIN & ROSENMAN LLP<br>50 Rockefeller Plaza<br>New York, NY 10020<br>david.crichlow@katten.com<br>jwinters@katten.com<br><br>*Attorneys for UMB Bank, N.A., solely in its capacity as Trustee under the Contingent Value Rights Agreement by and between Bristol-Myers Squibb Company and Equiniti Trust Company, dated November 20, 2019*</td></tr>
</table>

2