UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UMB BANK, N.A.,

Plaintiff,

-v-

BRISTOL-MYERS SQUIBB COMPANY,

Defendant.

21-CV-4897 (JMF)

---------------------------------------------------------------------X

UMB BANK N.A.,

Plaintiff,

-v-

BRISTOL-MYERS SQUIBB COMPANY et al.,

Defendants.

24-CV-8668 (JMF)

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

No later than **three days after issuance of the mandate,** the parties shall file a joint letter proposing next steps in these cases in light of the Second Circuit's decision vacating the judgment of September 30, 2024, in 21-CV-4897 and remanding to this Court. *See* ECF No. 178. The Clerk of Court is directed to file this Order in 21-CV-4897 and 24-CV-8668.

SO ORDERED.

Dated: August 18, 2026
New York, New York

JESSE M. FURMAN
United States District Judge