UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UMB BANK, N.A.,

Plaintiff,

-v-

BRISTOL-MYERS SQUIBB COMPANY et al.,

Defendants.

---------------------------------------------------------------------X

21-CV-4897 (JMF)
24-CV-8668 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Upon review of the parties' joint letter of September 8, 2026, 21-CV-4897, ECF No. 188 ("Joint Letter"), the Court orders as follows:

- 21-CV-4897 ("*UMB I*") and 24-CV-8668 ("*UMB II*") are consolidated for all purposes pursuant to Rule 42 of the Federal Rules of Civil Procedure;
- UMB's request in Count I of *UMB II* for a declaratory judgment that UMB is the Trustee is dismissed as moot;
- Count II of *UMB II* is consolidated into Count I of *UMB I*; and
- Any trial will begin on January 24, 2028, *see* 21-CV-4897, ECF No. 182.

As to other matters, including the subjects of the parties' disagreements, *see* Joint Letter 2-5, the Court proposes to (1) have UMB file a consolidated, amended complaint after the time for BMS to file any petition for *certiorari* from the Second Circuit's decision has expired (or any such petition is denied) to ensure that there is a single pleading containing all live claims; (2) in connection with such a filing or otherwise, grant UMB leave to amend Count IV of *UMB II* to clarify the scope of that claim (i.e., to seek relief having nothing to do with the identity of the Trustee); and (3) regardless, defer any briefing as to Count IV of *UMB II* and Count II of *UMB I*

until summary judgment (the parties' proposal for which is due by **September 24, 2026**, *see* 24-CV-08668, ECF No. 137) to avoid multiple rounds of motion practice.

The parties shall promptly confer and, no later than **September 16, 2026**, file a joint letter addressing these proposals and indicating whether it would be helpful to hold a telephone conference. In the event that the parties believe that it would be helpful to hold a telephone conference (or if there is disagreement with the Court's proposals), the parties should indicate their availability the week of September 21, 2026 (albeit not on September 21, 2026, itself).

The Clerk of Court is directed to reopen 21-CV-4897, to consolidate 21-CV-4897 and 24-CV-8668, and to close 24-CV-8668. **All future filings should be on the 21-CV-4897 docket only.**

SO ORDERED.

Dated: September 10, 2026
New York, New York

JESSE M. FURMAN
United States District Judge