September 16, 2026

*Via ECF*

Hon. Jesse M. Furman
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *UMB Bank, N.A. v. Bristol-Myers Squibb Co.*, No. 21 Civ. 4897 (JMF) ("*UMB I*")

Dear Judge Furman:

The parties, plaintiff UMB Bank, N.A., solely in its capacity as Trustee ("UMB"), defendant Bristol-Myers Squibb Company ("BMS"), and defendant and cross-claimant Equiniti Trust Company, LLC ("Equiniti" and, collectively, the "Parties"), respectfully submit this joint letter as directed by the Court's order entered on September 10, 2026 in the above referenced action. ECF No. 189.

Since the Court's order, BMS has represented that it does not intend to file a petition for *certiorari* from the Second Circuit's decision in this action. Accordingly, the Parties propose that, consistent with the Court's proposal in its September 10 order, UMB file a consolidated, amended complaint by October 16, 2026 that contains all live claims across *UMB I* and *UMB II*, with any amendment to Count IV of *UMB II* to clarify the scope of that claim as seeking relief that has nothing to do with the identity of the Trustee. Pursuant to the Court's previous order, the Parties will jointly propose a summary judgment briefing schedule for the consolidated action by September 24, 2026.

As to the remainder of the Court's proposal, the Parties' positions are as follows:

**UMB Position:** UMB agrees with the Court's proposal that any further briefing as to the amended Count IV of *UMB II* and Count II of *UMB I* be deferred to summary judgment. To the extent BMS may, as suggested below, seek additional briefing prior to summary judgment on the amended Count IV, UMB's position is that any such briefing can be completed between the filing of the amended complaint on October 16, 2026 and the start of summary judgment (following the close of expert discovery on January 19, 2027). The Court need not wait for BMS to review UMB's amended pleading before setting a schedule for summary judgment briefing after the Parties submit their proposed schedule on September 24, 2026.

**BMS Position:** BMS does not object in theory to briefing summary judgment as to amended Count IV of *UMB II* on the same schedule as the rest of the case. BMS understands the Court's order to constrain the nature of the Count IV amendment that would be permitted and further understands that the amended pleading should not require additional discovery or briefing prior to summary judgment.

However, without reviewing the new pleading, BMS cannot conclusively determine whether the amended complaint might raise new legal or factual issues that (if permitted) would

require briefing or discovery prior to summary judgment. BMS therefore requests the opportunity to review the amended pleading before taking a position on the schedule regarding Count IV, including as to whether the amendment is permissible under the Court's order and whether additional briefing or discovery is necessary prior to summary judgment.

Accordingly, BMS proposes that it confer with UMB by October 23, 2026 (one week after the filing of the new pleading) regarding these issues. The Parties would then submit a joint letter to the Court by October 30, 2026 to (i) provide their respective positions on whether any interim changes to the schedule are necessary or whether the Parties can agree that the Court's proposal of deferring any briefing deadline until summary judgment is workable, and (ii) propose a schedule for BMS's responsive pleading.[1]

***

The Parties share the view that no telephone conference in the week of September 21, 2026 is necessary, but stand ready to make themselves available should the Court deem a conference helpful.

Respectfully submitted,

*/s/ Karen L. Dunn*

Karen L. Dunn
Dunn Isaacson Rhee LLP
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
kdunn@dirllp.com

*Attorneys for UMB Bank, N.A., solely in its capacity as Trustee*

*/s/ Elliot Moskowitz*

Elliot Moskowitz
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*/s/ Maeve L. O'Connor*

Maeve L. O'Connor
mloconnor@debevoise.com
Daniel M. Gitner
dmgitner@debevoise.com
Susan Reagan Gittes
srgittes@debevoise.com
Josh A. Cohen
jacohen@debevoise.com
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000

John J. Clarke, Jr.
Jessica A. Masella
john.clarke@us.dlapiper.com
jessica.masella@us.dlapiper.com

[1] BMS respectfully requests that the Court enter an order holding BMS's responsive pleading deadline in abeyance in accordance with the above proposal until such time as a schedule is entered after October 30.

Tel: (212) 450-4000
elliot.moskowitz@davispolk.com

*Attorneys for*
*Equiniti Trust Company, LLC*

DLA Piper LLP (US)
1251 Ave. of the Americas
New York, NY 10020
(212) 335-4920

*Attorneys for*
*Bristol-Myers Squibb Company*