September 24, 2026

*Via ECF*

Hon. Jesse M. Furman
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *UMB Bank, N.A. v. Bristol-Myers Squibb Co.*, No. 21 Civ. 4897 (JMF) ("*UMB I*")

Dear Judge Furman:

The parties, plaintiff UMB Bank, N.A., solely in its capacity as Trustee ("UMB"), defendant Bristol-Myers Squibb Company ("BMS"), and defendant and cross-claimant Equiniti Trust Company, LLC ("Equiniti" and, collectively, the "Parties"), respectfully submit this joint letter as directed by the Court's order entered on June 22, 2026 in the since-consolidated action. *See* 24 Civ. 8668, ECF No. 137.

Counsel for the Parties have conferred and propose the following briefing structure, schedule, and page limits for summary judgment motions. Under the Civil Case Management Plan and Scheduling Order, the close of expert discovery is January 19, 2027. *See* 24 CIV. 8668, ECF No. 111.

| **Brief** | **Deadline** | **Page Limit** |
|---|---|---|
| BMS's Motion for Summary Judgment | March 22, 2027 | ~~50 pages~~<br>17,500 words |
| UMB's Opposition to BMS's Motion and Cross-Motion for Summary Judgment | May 21, 2027 | ~~60 pages~~<br>21,000 words |
| BMS's Opposition to UMB's Cross-Motion and Reply in Support of Its Motion | June 21, 2027 | ~~40 pages~~[1]<br>14,000 words |
| UMB's Reply in Support of Its Cross-Motion | July 21, 2027 | ~~25 pages~~<br>8,750 words |

[1] Of those 40 pages, at most 25 pages would be dedicated to BMS's Reply in Support of Its Motion.

Respectfully submitted,

/s/ Karen L. Dunn

Karen L. Dunn
Dunn Isaacson Rhee LLP
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
kdunn@dirllp.com

*Attorneys for UMB Bank, N.A., solely in its capacity as Trustee*

/s/ Elliot Moskowitz

Elliot Moskowitz
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
elliot.moskowitz@davispolk.com

*Attorneys for*
*Equiniti Trust Company, LLC*

/s/ Maeve L. O'Connor

Maeve L. O'Connor
mloconnor@debevoise.com
Daniel M. Gitner
dmgitner@debevoise.com
Susan Reagan Gittes
srgittes@debevoise.com
Josh A. Cohen
jacohen@debevoise.com
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000

John J. Clarke, Jr.
Jessica A. Masella
john.clarke@us.dlapiper.com
jessica.masella@us.dlapiper.com
DLA Piper LLP (US)
1251 Ave. of the Americas
New York, NY 10020
(212) 335-4920

*Attorneys for*
*Bristol-Myers Squibb Company*

The parties' proposed briefing schedule is hereby ADOPTED, albeit with the word (rather than page) limits set forth above. SO ORDERED.



September 25, 2026