Dunn Isaacson Rhee

October 16, 2026

Via ECF

Hon. Jesse M. Furman
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *UMB Bank, N.A. v. Bristol-Myers Squibb Co.*, No. 1:21-cv-04897-JMF**

Dear Judge Furman:

We write on behalf of Plaintiff UMB Bank, N.A. ("UMB"), solely in its capacity as Trustee under the Contingent Value Rights Agreement. UMB respectfully requests leave to file under seal Exhibits D, E, G, H, I, and R to its amended complaint and to file redacted versions of Exhibits D, E, G, H, and I in public view. UMB respectfully requests that Exhibit R remain entirely under seal.

UMB respectfully submits that these exhibits should be sealed for the same reasons stated in UMB's Memorandum of Law in Support of Motion to File Exhibits Under Seal, No. 1:24-cv-8668, ECF No. 6, which motion the Court granted on November 22, 2024, No. 1:24-cv-8668, ECF No. 21 (the "Sealing Order"). UMB's proposed redactions to Exhibits D, E, G, H, and I to the amended complaint and sealing of the entirety of Exhibit R are identical to the same Exhibits D, E, G, H, I, and R previously attached to UMB's amended complaint in *UMB II*, No. 1:24-cv-8668, which was covered by the Sealing Order and the Court's prior order in *UMB II*, No. 1:24-cv-8668, ECF No. 46.

Defendant consents to the relief requested herein.

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 199.

SO ORDERED.

October 23, 2026

Sincerely,

*/s/ Karen L. Dunn*
Karen L. Dunn

Dunn Isaacson Rhee LLP
www.dirllp.com
401 9th Street, NW
Washington, DC 20004
(202) 240-2900

DIR